**[ORAL ARGUMENT NOT YET SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL SECURITY
ARCHIVE,

             Plaintiff-Appellant,

           v.

CENTRAL INTELLIGENCE
AGENCY,

            Defendant-Appellee.

No. 23-5017

## NOTICE OF LODGING OF
## CLASSIFIED SUPPLEMENTAL APPENDIX

The United States provides notice of the lodging with the United States Department of Justice Litigation Security Group of a Classified Supplemental Appendix containing classified declarations from the district court record in this case. *See* ECF 22 (notice of lodging of classified submission). An official from that office will make the classified declarations available to the Court for its *ex parte* and *in camera* review.

Respectfully submitted,

SHARON SWINGLE

s/ Lewis S. Yelin
LEWIS S. YELIN
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW, Rm. 7239*
  *Washington, DC 20530*
  *(202) 514-3425*

Counsel for Defendant-Appellee

MAY 31, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with CenturyExpd BT 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 60 words, according to the word count of Microsoft Word.

*s/ Lewis S. Yelin*
Counsel for Defendant-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I had the foregoing Notice of Lodging of Classified Supplemental Appendix sent by first class mail to:

John Stephen Guttmann
Beveridge & Diamond, PC
1900 N Street, NW
Suite 100
Washington, DC 20036

Service on plaintiff-appellant National Security Archive's other counsel, Hilary Jacobs, was effected by the appellate CM/ECF system.

*s/ Lewis S. Yelin*
Counsel for Defendant-Appellee