# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5017**  September Term, 2023

1:21-cv-02857-JEB

**Filed On:** November 7, 2023

National Security Archive,

    Appellant

v.

Central Intelligence Agency,

    Appellee

**BEFORE:** Rao and Childs, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties be prepared at oral argument on November 20, 2023, to address whether Appellant has standing after *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021). *See, e.g., id.* at 2214 ("An 'asserted informational injury that causes no adverse effects cannot satisfy Article III.'").

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk