

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7239
Washington, DC 20530

---

Tel: 202-514-3425

November 10, 2023

Mark Langer, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    RE:   *National Security Archives v. Central Intelligence Agency*,
           No. 23-5017 (D.C. Cir.)
           Oral Argument Scheduled for November 20, 2023

Dear Mr. Langer:

    As the oral argument approaches, I submit this letter to remind the Court that this case involves classified information, which has been made available to the judges of this Court through the Court Information Security Officers, under appropriate security arrangements. As the Court is aware, the government has lodged with the Court a classified supplemental appendix for the Court's *ex parte* review. *See* Dkt. Entry of May 31, 2023.

    The classified information has been made available to the judges of this Court by the Department of Justice with the understanding that the secrecy of this information will be properly protected. *See* 28 C.F.R. §§ 17.17, 17.46 (providing that classified information may be disclosed to Article III judges by Justice Department attorneys if proper security measures are taken). Neither plaintiff nor its counsel have had access to, or are cleared to receive, the classified information.

    We are prepared to argue this case publicly, in an open courtroom, without referring to the contents of the classified information itself. If the Court has questions about the classified information or wishes to discuss it,

however, or if it becomes necessary for government counsel to answer questions by referring to the contents of this information, our understanding is that the Court will make the necessary arrangements with the Court Information Security Officer so the classified material can be discussed in a secure environment.

We also ask the Court to notify counsel if it plans to hold a closed session so proper arrangements may be made for government counsel's copy of the classified material to be available at oral argument.

Please contact me if the Court has any questions. Thank you for your attention to this matter.

                                                Sincerely,

                                                *s/ Lewis S. Yelin*
                                                Senior Counsel, Appellate Staff

cc:    Counsel of Record (via CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Lewis S. Yelin*
*Counsel for Appellee*