IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
| *Appellant*, | ) Case No. 23-5017 |
| v. | ) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| *Appellee.* | ) |

**APPELLEANT'S STATEMENT OF ISSUES TO BE RAISED ON APPEAL**

Pursuant to the Court's January 25, 2023 Order, Appellant submits the following Statement of Issues to be Raised in this appeal:

1. Did the Central Intelligence Agency "officially acknowledge" the Perroots Memorandum?

2. Is there a "public domain" doctrine that applies independent of the official acknowledgement doctrine, and if so, should it have been properly applied to the Perroots Memorandum?

3. Is the Perroots Memorandum a public document unless reclassified by the Central Intelligence Agency pursuant to Executive Order No. 13526?

4. Were the Central Intelligence Agency's claimed Freedom of Information Act exemptions properly applied to the Perroots Memorandum?

Dated: February 17, 2023

Respectfully submitted,

*/s/ Hilary Jacobs*
John S. Guttmann
Hilary T. Jacobs
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100
Washington, DC  20036
(202) 789-6020
jguttmann@bdlaw.com
hjacobs@bdlaw.com

*Attorneys for Appellant National Security Archive*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will send and serve notifications of the foregoing to all counsel of record.

/s/ *Hilary Jacobs*